UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC and HARRIET STRICKLEN<br><br>Plaintiffs,<br><br>v.<br><br>BAYVIEW SERVICING, et al.,<br><br>Defendants. | No. 2:17-cv-1446-GEB-EFB<br><br><br>**ORDER** |

Pro se Plaintiff filed a motion for a temporary restraining order ("TRO") on July 12, 2017, seeking to have Defendants enjoined from selling, foreclosing on, "or in anyway [sic] taking control of" Plaintiff's real property in Fairfield, California ("the Property"). Mot. for TRO 1:23-2:2, ECF No. 2. Plaintiff makes a conclusory argument that the issuance of a TRO is justified "on the grounds set forth in the accompanying Complaint." Id. at 2:5-6. Plaintiff alleges in the Complaint that Defendants have failed to satisfy procedural requirements applicable to the foreclosure proceeding at issue, and Plaintiff indicates that Defendants intend to sell the Property on August 2, 2017. Compl. 3:5-28, 4:11-13, ECF No. 1. Plaintiff also alleges in the Complaint that the sale will "cause great and irreparable injury" because the Property "will be sold without warning". Id. at 4:2.

Plaintiff has not shown entitlement to consideration of

the sought after injunctive relief since Plaintiff has not shown that Defendants have been notified about the request. Federal Rule of Civil Procedure 65(b)(1) prescribes that a TRO may issue "without . . . notice to the adverse party or its attorney <u>only if</u>" the movant avers "specific facts . . . clearly show[ing] that immediate and irreparable injury . . . will result to the movant before the adverse party can be heard in opposition" and "certifies in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1) (emphasis added). Plaintiff's motion does not contain the referenced averments. Further, Plaintiff has not averred "specific facts . . . clearly show[ing]" that Plaintiff will suffer "immediate and irreparable injury . . . before [Defendants] can be heard in opposition [to the sought TRO]." Fed. R. Civ. P. 65(b)(1)(A). Therefore, Plaintiff's motion for a TRO is denied.

Dated: July 13, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge