UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC and HARRIET STRICKLEN,

Plaintiffs,

v.

BAYVIEW SERVICING, et al.,

Defendants.

No. 2:17-cv-1446-GEB-EFB PS

ORDER

Plaintiff Harriet Stricklen, who is proceeding pro se, requests permission to file documents electronically in this action. ECF No. 10. The Local Rules provide that "[a]ny person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." E.D. Cal. L.R. 133(b)(2). "Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception. Points and authorities are not required, and no argument or hearing will normally be held." E.D. Cal. L.R. 133(b)(3).

Plaintiff's request does not indicate whether a stipulation to file electronically could be had, nor does she demonstrate any need to file documents electronically. *See generally* ECF No. 10. Thus, plaintiff has not provided a sufficient basis for granting her request.

/////

1

Accordingly, plaintiff's request to file electronically (ECF No. 10) is denied.

DATED: August 7, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE