Ian A. Rambarran, Bar No. 227366
Michael W. Carruth, Bar No. 249263
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
irambarran@klinedinstlaw.com

Attorneys for Defendants
BAYVIEW LOAN SERVICING, LLC and
BANK OF NEW YORK MELLON FKA THE
BANK OF NEW YORK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC and HARRIET STRICKLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>BAYVIEW LOAN SERVICING, CLEAR RECON CORP, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, as Trustee,<br><br>        Defendant. | Case No.<br>2:17-CV-01446-GEB-EFB-PS<br><br>**[~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge:          Garland E. Burrell, Jr.<br>Magistrate Judge:  Edmund F. Brennan<br>Complaint Filed:  July 12, 2017<br>Trial Date:     None set |

**PURSUANT TO STIPULATION** filed and served on August 22, 2017,

IT IS HEREBY ORDERED that the last day for Defendants Bayview Loan Servicing, LLC and Bank of New York Mellon, to respond to Plaintiffs' Complaint is continued from Tuesday, August 22, 2017 to Thursday, September 21, 2017.

DATED: August 23, 2017

_____
UNITED STATES MAGISTRATE JUDGE