Ian A. Rambarran, Bar No. 227366
Michael W. Carruth, Bar No. 249263
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
mcarruth@klinedinstlaw.com

Attorneys for Defendant
BAYVIEW LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC and HARRIET STRICKLEN,<br><br>                Plaintiffs,<br><br>    v.<br><br>BAYVIEW LOAN SERVICING, CLEAR RECON CORP, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, as Trustee,<br><br>            Defendant. | Case No.<br>2:17-CV-01446-GEB-EFB-PS<br><br>**[~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge:         Garland E. Burrell, Jr.<br>Magistrate Judge:  Edmund F. Brennan<br>Complaint Filed:  July 12, 2017<br>Trial Date:     None set |

**PURSUANT TO STIPULATION** filed and served on September 21, 2017**,**

IT IS HEREBY ORDERED that the last day for Defendants Bayview Loan

Servicing, LLC and Bank of New York Mellon, to respond to Plaintiffs' Complaint is

continued from Thursday, September 21, 2017 to Tuesday, November 21, 2017.

DATED: September 25, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

17078289v1