Ian A. Rambarran, Bar No. 227366
Michael W. Carruth, Bar No. 249263
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
mcarruth@klinedinstlaw.com

Attorneys for Defendant
BAYVIEW LOAN SERVICING, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC and HARRIET STRICKLEN,<br><br>      Plaintiff,<br><br>   v.<br><br>BAYVIEW LOAN SERVICING, CLEAR RECON CORP, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, as Trustee,<br><br>      Defendant. | Case No.<br>2:17-CV-01446-GEB-EFB-PS<br><br>**[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge:          Garland E. Burrell, Jr.<br>Magistrate Judge:  Edmund F. Brennan<br>Complaint Filed:  July 12, 2017<br>Trial Date:     None set |

**PURSUANT TO STIPULATION** filed and served on November 21, 2017,

IT IS SO ORDERED that the last day for Defendants Bayview Loan Servicing, LLC and Bank of New York Mellon, to respond to Plaintiffs' Complaint is continued from Tuesday, November 21, 2017 to Thursday, December 21, 2017.

DATED: November 28, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

17128606v1